IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0087-12






VAUGHN RAY BELL, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SIXTH COURT OF APPEALS


FANNIN COUNTY





 Meyers, J., filed a dissenting opinion.


DISSENTING OPINION 



 I agree with the court of appeals that it was constitutional error for the trial judge
to order Appellant to be shackled during his trial. I disagree that this error was harmless. 
Unlawful and uncalled for shackling has a substantial effect on the jury's view of the
defendant. The fact that a defendant is shackled without cause gives the jury the
perception that he is a much more dangerous criminal and may prevent him from
receiving a fair trial. Because we cannot determine beyond a reasonable doubt that the
error did not contribute to Appellant's conviction or punishment, I would hold that
Appellant was harmed by the trial judge's error and would reverse the court of appeals. 
Therefore, I respectfully dissent.


Filed: September 18, 2013

Publish